COMMONWEALTH of Pennsylvania, Respondent

v.

Charles PACK, Petitioner

No. 718 MAL 2016

Supreme Court of Pennsylvania.

March 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert W. VANDERWENDE, Petitioner

No. 735 MAL 2016

Supreme Court of Pennsylvania.

March 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jacqueline PAGAN, Petitioner

No. 459 EAL 2016

Supreme Court of Pennsylvania.

March 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.